**Arbrilla L. BLACK, Respondent,**

v.

**L.B. BLACK, Appellant.**

**No. 69576.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 26, 1996.

Mark D. Hirschfeld, Clayton, for Respondent.

Lawrence G. Gillespie, Webster, Groves, Stuart H. Goldenberg, St. Louis, for Appellant.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

L.B. Black ("Husband") appeals from the trial court's order awarding approximately one-half of the couple's marital property to Arbrilla L. Black ("Wife"). We affirm.

We have reviewed the briefs of the parties and the record on appeal and find both claims of error to be without merit. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).